# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALESSI & KOENIG, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,
Respondent.

No. 71079

**FILED**

SEP 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 22, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Michelle Leavitt, District Judge
Alessi & Koenig, LLC
Peterson Hope, PLLC
Eighth District Court Clerk

16-29392